## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

_____

|  |  |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WILLIAM M. GARDNER, Secretary of State of the State of New Hampshire, in his official capacity, | ) ) ) ) |
| Defendant | ) ) ) |

Civil Case. No. 1:14-cv-00322-PB

_____

## REVISED PROPOSED JOINT DISCOVERY PLAN AND SUMMARY JUDGMENT BRIEFING SCHEDULE
### Fed. R. Civ. P. 26(f)

Plaintiff Libertarian Party of New Hampshire and Defendant William M. Gardner,

Secretary of State of the State of New Hampshire, in his official capacity, pursuant to Federal

Rule of Civil Procedure 26 and Local Rule 26.1, jointly submit the following Revised Proposed

Joint Discovery Plan and Summary Judgment Briefing Schedule:

**TRACK ASSIGNMENT:**

Expedited

**COMPLETION OF DISCOVERY:**

April 3, 2015

**DATES OF DISCLOSURE OF EXPERTS AND EXPERTS' WRITTEN REPORTS AND SUPPLEMENTATIONS:**

Plaintiff: March 2, 2015             Defendant: March 16, 2015

Supplementations under Rule 26(e) due by the time the party's pretrial disclosures under

Rule 26(a)(3) are due as required by Rule 26(e)(2).

The parties have not stipulated to a different form of expert report than that specified in

Fed. R. Civ. P. 26(a)(2).

**CHALLENGES TO EXPERT TESTIMONY**:

No later than 45 days prior to trial, if applicable.

**JOINDER OF ADDITIONAL PARTIES:**

Plaintiff: February 13, 2015                    Defendant: March 6, 2015

**AMENDMENT OF PLEADINGS:**

Plaintiff: February 13, 2015                    Defendant: March 6, 2015

**DISPOSITIVE MOTION BRIEFING SCHEDULE:**

- **Plaintiff's Motion for Summary Judgment**: April 17, 2015

- **Defendant's Opposition and Cross-Motion for Summary Judgment**: May 15, 2015

- **Plaintiff's Reply and Opposition to Defendant's Cross-Motion for Summary Judgment**: May 25, 2015

- **Possible Oral Argument Time Frame**: May 28, 2015 to June 5, 2015

Respectfully submitted,

LIBERTARIAN PARTY OF NEW          WILLIAM M. GARDNER,
HAMPSHIRE,                                 SECRETARY OF
                                           STATE OF THE STATE OF NEW
                                         HAMPSHIRE,
                                         IN HIS OFFICIAL CAPACITY,

By and through its attorneys affiliated with    Joseph Foster,
the New Hampshire Civil Liberties Union    Attorney General
Foundation,

*/s/ Gilles Bissonnette*                     */s/ Laura E. B. Lombardi*
Gilles R. Bissonnette (Bar. No. 265393)    Laura E. B. Lombardi (Bar No. 12821)
NEW HAMPSHIRE CIVIL LIBERTIES UNION    Stephen G. LaBonte (Bar No. 16178)
18 Low Avenue                           Assistant Attorneys General
Concord, NH  03301                   Civil Bureau
Tel.:  603.224.5591                   New Hampshire Department of Justice
Gilles@nhclu.org                     33 Capitol Street
                                           Concord, NH  03301-6397
William E. Christie (Bar. No. 11255)     Tel.: 603.271.3650
SHAHEEN & GORDON, P.A.              Laura.Lombardi@doj.nh.gov
107 Storrs Street                      Stephen.LaBonte@doj.nh.gov
P.O. Box 2703
Concord, NH  03302
Tel.:  603.225.7262
wchristie@shaheengordon.com

Dated:   February 5, 2015

3

**CERTIFICATE OF SERVICE**

I, Gilles Bissonnette, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Gilles Bissonnette*
Gilles Bissonnette