USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Libertarian Party of New Hampshire ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:14-cv-00322-PB |
| William M. Gardner, Secretary of the State ) of New Hampshire *Defendant* ) in his official capacity | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Republican National Committee, proposed intervenor

Date:   03/23/2015

/s/ Gordon J. MacDonald
*Attorney's signature*

Gordon J. MacDonald, NH Bar No. 11011
*Printed name and bar number*

Nixon Peabody LLP
900 Elm Street, 14th Floor, Manchester, NH 03101
*Address*

gmacdonald@nixonpeabody.com
*E-mail address*

(603) 628-4000
*Telephone number*

(603) 628-4040
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Stephen G. LaBonte, Esq., Gilles Bissonnette, Esq., Courtney Hart, Esq., Laura E. B. Lombardi, Esq., and William E. Christie, Esq.

Conventionally Served:

| 03/23/2015 | /s/ Gordon J. MacDonald |
|---|---|
| Date | Signature |