# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case. No. 1:14-cv-00322-PB |
| WILLIAM M. GARDNER, Secretary of State of the State of New Hampshire, in his official capacity, | ) ) ) ) ) | |
| Defendant | ) ) ) | |

## PLAINTIFF'S SUPPLEMENTAL SUBMISSION

Per the Court's request at the July 13, 2015 bench trial, Plaintiff hereby submits its supplemental filing addressing contribution limits to political parties in the State of New Hampshire. Under New Hampshire law, a person cannot make a contribution to a state political party for the purpose of promoting the success or defeat of any candidate or political party at any state primary or general election (i) in excess of $5,000 if the party voluntarily agrees to limit expenditures as provided in RSA 664:5-a, or (ii) in excess of $1,000 if the party declines to voluntarily agree to limit expenditures as provided in RSA 664:5-a. *See* RSA 664:4. More specifically, RSA 664:4 states as follows:

> No contribution, whether tangible or intangible, shall be made to a candidate, a political committee, or political party, or in behalf of a candidate or political committee or political party, directly or indirectly, for the purpose of promoting the success or defeat of any candidate or political party at any state primary or general election: … (V) By any person (1) if in excess of $ 5,000 in value, except for contributions made by a candidate in behalf of his own candidacy, or if in excess of $ 1,000 in value by any person or by any political committee to a candidate or a political committee working on behalf of a candidate who does not voluntarily agree to limit his campaign expenditures and those expenditures made on his behalf as provided in RSA 664:5-a ….

In addition, New Hampshire has 13 cities that have elections in the fall, which include the following: (i) Berlin (population 9,639); (ii) Claremont (population 13,321); (iii) Concord (population 42,594); (iv) Dover (population 30,275); (v) Franklin (population 8,469); (vi) Keene (population 23,537); (vii) Laconia (population 16,063); (viii) Lebanon (population 13,559); (ix) Manchester (population 109,864); (x) Nashua (population 86,766); (xi) Portsmouth (population 21,280); (xii) Rochester (population 29,893); and (xiii) Somersworth (population 11,754).  *See* https://www.nh.gov/municipal/; http://www.nh.gov/oep/data-center/documents/population-estimates-2013.pdf (detailing 2013 population estimates).  The combined population of these 13 cities is approximately 417,014, or 32% of New Hampshire's approximate 1,323,262 population according to 2013 estimates.  *See id.*

Respectfully submitted,

LIBERTARIAN PARTY OF NEW HAMPSHIRE,

By and through their attorneys affiliated with the American Civil Liberties Union of New Hampshire Foundation,

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (N.H. Bar. No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
Tel.: 603.224.5591
Gilles@aclu-nh.org

William E. Christie (N.H. Bar. No. 11255)
SHAHEEN & GORDON, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
Tel.: 603.225.7262
wchristie@shaheengordon.com

Dated: July 20, 2015

## CERTIFICATE OF SERVICE

    I, Gilles Bissonnette, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which include the following:

        Stephen G. LaBonte (Stephen.LaBonte@doj.nh.gov)
        Laura Lombardi (Laura.Lombardi@doj.nh.gov)
        New Hampshire Department of Justice
        33 Capitol Street
        Concord, NH 03301

                              */s/ Gilles Bissonnette*
                              Gilles Bissonnette